No. 67605.—J. Gerber & Co., Inc. v. United States, protest 60/29979 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electrically operated vacuum brushes similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.